This is to advise that on December 2, 2008

Judge Timothy C. Stanceu

Issued CONFIDENTIAL Slip Opinion 08-132

In action

Ct. No. 04-00494

Jazz Photo Corporation,
(Plaintiff,)

v.

United States,
(Defendant.)